UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KIMM LAW FIRM
MICHAEL S. KIMM, ESQ. (MK4476)
THOMAS W. PARK, ESQ.
333 SYLVAN AVENUE, SUITE 106
ENGLEWOOD CLIFFS, NJ 07632
TEL: 201-569-2880
*Attorneys for plaintiff*

| | |
|---|---|
| SIK GAEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> YOGI'S II, INC., and DANIEL KIM, <br><br> Defendants. | 1:13-CV-06624 <br><br> **Plaintiff's Notice of Motion to Enforce Subpoena** |

SIR/MADAM:

PLEASE TAKE NOTICE that upon the annexed declaration of THOMAS W. PARK, ESQ., plaintiff Sik Gaek, Inc., will move before the Court located at United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on submission, for an Order granting enforcement of the subpoena served upon third-party witness Marcus Stephen Harris, Esq.

Oral argument is waived.

Any opposition papers must within fourteen days after service of these papers,

1

in accordance with Local Rule 6.1.


Dated:  Englewood Cliffs, NJ
        September 16, 2013                   /s/ Thomas W. Park
                                             Thomas W. Park, Esq.

Certificate of Service

Thomas W. Park, Esq., certifies the foregoing was served as follows:

    By mail

        Peter Y. Lee, Esq.
        Jim El Nabli, Esq.
        60 East 42nd Street, Suite 1101
        New York, NY 10165
        Attorneys for defendant Daniel Kim

    By mail

        Marcus Stephen Harris, Esq.
        Marcus Stephen Harris, LLC
        10 S. La Salle Street, Suite 3500
        Chicago, IL 60603-1025

Dated: September 16, 2013         /s/ Thomas W. Park
                                              Thomas W. Park