AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| SIK GAEK, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-CV-4077 (ARR)(VVP) |
| YOGI'S II, INC. and DANIEL KIM | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Eastern District of New York ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Marcus Stephen Harris, Esq., Marcus Stephen Harris, LLC, 10 S. LaSalle Street, Suite 3500 Chicago, IL 60603-1025

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Your office | Date and Time: 07/29/2013 12:00 pm |
|---|---|

The deposition will be recorded by this method: Stenographic and/or video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment A

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/17/2013

CLERK OF COURT                OR                [signature]

_____                _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* SIK GAEK, INC. _____, who issues or requests this subpoena, are:

Michael S. Kimm & Francesco A. Savoia, Kimm Law Firm, 333 Sylvan Avenue, Suite 106, Englewood Cliffs, NJ 07632

Subpoena to Marcus Stephen Harris, LLC
Attachment A

## INSTRUCTIONS AND DEFINITIONS

All instructions in the Eastern District Local Rules are adopted by reference.

If any document or information is not being produced by defendant, then the basis of non-production should be stated in defendant's responses.

If a privilege is claimed, describe the nature of the privilege and identify the document(s) or information which is being sought to be insulated by such privilege.

"Document" or "documents" includes all documents, without limitation, files, computer files, notes, memos, letters, accounting reports, memoranda, hand-written or in documentary form or in computer data or metadata form. Document also means audio or video recordings as they exist with or without transcription.

"Relating to" or "relate" means supporting or evidencing or relating to.

"Assignment(s)" refers to the two trademark assignments at issue in this litigation.

"Licensing agreement" refers to the one licensing agreement at issue in this litigation.

## DOCUMENTS REQUESTED

All documents relating to:

1. All trademark filing file relating to "Sik Gaek" or "sikgaek" trademark, as a single letter, two letters, logo, independent, or part of a mark.

2. All trademark filing file relating to any trademark filed by Daniel Kim and/or Yogi's II, Inc.

3. Any documents relating to licensing, assignment, or other transfer of any Sik Gaek" or other trademark by Daniel Kim and/or Yogi's II, Inc.

[end]

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Michael S. Kimm
333 Sylvan Avenue Suite 106
Englewood Cliffs NJ 07632

TD Bank NA
111 River Street
Hackensack NJ 07601

55-95/212/55

12625

7/16/2013

Pay to the Order of Marcus Stephen Harris, Esq.

Exactly Forty and 00/100***** Dollars

$40.00*

Memo: Subpoena fee, Sik Gaek, Inc., v. Daniel Kim et al., EDNY

SECURITY LOCKS WILL DISAPPEAR WHEN COPIED OR WITH NORMAL BODY HEAT

⑆012625⑆ ⑈031201360⑈ 3451472155⑆

Record of Payment    Check: 12625    Payee: Marcus Stephen Harris, Esq.    7/16/2013

Michael S. Kimm Attorney Business Acco  Subpoena fee, Sik Gaek, Inc., v. Daniel Kim et al., EDN    $40.00*

Record of Payment    Check: 12625    Payee: Marcus Stephen Harris, Esq.    7/16/2013

Michael S. Kimm Attorney Business Acco  Subpoena fee, Sik Gaek, Inc., v. Daniel Kim et al., ED    $40.00*