

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 77/304837

**MARK:** SIK GAEK

**\*77304837\***

**CORRESPONDENT ADDRESS:**
   MARCUS STEPHEN HARRIS
   MARCUS STEPHEN HARRIS LLC
   10 S LASALLE ST STE 3500
   CHICAGO, IL 60603-1025

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:** YOGI'S TWO, INC.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
   N/A
**CORRESPONDENT E-MAIL ADDRESS:**
   mharris@mshtechlaw.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 1/28/2008**

TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE: TEAS Plus applicants should submit the following documents using the Trademark Electronic Application System (TEAS) at http://www.uspto.gov/teas/index.html: (1) written responses to Office actions; (2) preliminary amendments; (3) changes of correspondence address; (4) changes of owner's address; (5) appointments and revocations of attorney; (6) amendments to allege use; (7) statements of use; (8) requests for extension of time to file a statement of use, and (9) requests to delete a §1(b) basis.

| TOTAL FEE PAID | 275 |
| --- | --- |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Daniel Kim/ |
| SIGNATORY'S NAME | Daniel Kim |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 10/15/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 77304837
Filing Date: 10/16/2007

### To the Commissioner for Trademarks:

MARK: SIK GAEK (Standard Characters, see mark)
The literal element of the mark consists of SIK GAEK.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, YOGI'S TWO, INC., a corporation of New Jersey, having an address of
    799 Abbott Boulveard
    Fort Lee, New Jersey 07024
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 043: Restaurant services

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 043, the mark was first used at least as early as 06/01/2005, and first used in commerce at least as early as 06/01/2005, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) scanned image of menu.

**Original PDF file:**
spec-20612321120-004028958 . SPEC2.pdf
**Converted PDF file(s) (1 page)**
Specimen File1


The applicant hereby appoints Marcus Stephen Harris of Marcus Stephen Harris LLC
    Suite 3500
    10 S. LaSalle Street
    Chicago, Illinois 60603
    United States
to submit this application on behalf of the applicant.
  Correspondence Information: Marcus Stephen Harris
    Suite 3500
    10 S. LaSalle Street
    Chicago, Illinois 60603
    312-263-0570(phone)
    312-577-0928(fax)
    mharris@mshtechlaw.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Daniel Kim/   Date Signed: 10/15/2007
Signatory's Name: Daniel Kim
Signatory's Position: Owner

If any of these documents are filed on paper, they must be accompanied by a $50 per class fee. 37 C.F.R. §§2.6(a)(1)(iv) and 2.23(a)(i). Telephone responses will not incur an additional fee. NOTE: In addition to the above, applicant must also continue to accept correspondence from the Office via e-mail throughout the examination process in order to avoid the additional fee. 37 C.F.R. §2.23(a)(2).

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

### No Conflicting Marks Noted
The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

### Significance of SIK GAEK
The applicant must indicate whether "SIK GAEK" has any significance in the relevant trade, any geographical significance, or any meaning in a foreign language. 37 C.F.R. §2.61(b).

### Translation of Foreign Wording in the Mark
Applicant must submit an English translation of all foreign wording in the mark. 37 C.F.R. §2.61(b); TMEP §809. In the present case, the wording "SIK GAEK" needs translating for the record. The following translation statement is suggested: "The English translation of the word SIK GAEK in the mark is _____ [SPECIFY]."

### Mark on Drawing and Specimen Do Not Match – Not Material
The mark depicted on the drawing disagrees with the mark on the specimen. In this case, the drawing displays the mark as SIK GAEK, while the specimen shows the mark as SIKGAEK (no space between the terms).

The mark shown on the drawing must be a substantially exact representation of the mark as used on or in connection with the goods and/or services, as shown by the specimen. 37 C.F.R. §2.51(a); see C.F.R. §2.72(a)(1).

Therefore, applicant must submit one of the following:

(1) A new drawing of the mark that agrees with the mark on the specimen but does not materially alter the original mark; 37 C.F.R. §2.72(a); TMEP §§807.14 et seq.; or

(2) A substitute specimen that shows use of the mark that appears on the drawing, and the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: **"The substitute specimen was in use in commerce at least as early as the filing date of the application."** 37 C.F.R. §2.59(a); TMEP §904.05. If submitting a specimen requires an amendment to the dates of use, applicant must also verify the amended dates. 37 C.F.R. §2.71(c).

If applicant cannot satisfy the above requirements, applicant may amend the Section 1(a) filing basis (use in commerce) to Section 1(b) (intent to use basis), for which no specimen is required. However, should applicant amend the basis to Section 1(b), registration cannot be granted until applicant later

amends the application back to use in commerce by filing an acceptable allegation of use with a proper specimen. 15 U.S.C. §1051(c); 37 C.F.R. §§2.76, 2.88; TMEP Chapter 1100.

In order to amend to Section 1(b), applicant must submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: "**Applicant has had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the filing date of the application.**" 15 U.S.C. §1051(b); 37 C.F.R. §§2.34(a)(2), 2.35(b)(1); TMEP §806.01(b).

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Gina M. Fink/
Trademark Attorney - Law Office 109
Phone: (571) 272-9275
Law Office 109 Fax: (571) 273-9109

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office action should be filed using the form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.