# Affidavit of Process Server

| | | |
|---|---|---|
| SIK GAEK, INC. | vs YOGI'S II, INC | |
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Christopher Moss**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **MARCUS STEPHEN HARRIS**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☒ Subpoena with $ 40.00 witness fee and mileage

☐ _____

by serving (NAME) **Colleen Graham, Receptionist, Authorized to Accept Service by Marcus S. Harris, Esq.**
at ☐ Home
☒ Business **10 S. LaSalle St., Suite 3500, Chicago, IL**
☒ on (DATE) **July 17, 2013** at (TIME) **12:20 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Colleen Graham, Receptionist**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address ☐ Evading ☐ Other: _____
- ☐ Address does not exist ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME
( ) _____ ,( ) _____ ,( ) _____
DATE TIME DATE TIME DATE TIME

**Description:**
- ☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
- ☒ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'-5'3" ☒ 100-130 Lbs.
- ☐ Brown Skin ☒ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
- ☐ Glasses ☐ Yellow Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
- ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this **12** day of **July**, 20**13**

Notary Public

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/15

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| SIK GAEK, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-CV-4077 (ARR)(VVP) |
| YOGI'S II, INC. and DANIEL KIM | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Eastern District of New York ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Marcus Stephen Harris, Esq., Marcus Stephen Harris, LLC, 10 S. LaSalle Street, Suite 3500
Chicago, IL 60603-1025

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Your office | Date and Time: 07/29/2013 12:00 pm |
|---|---|

The deposition will be recorded by this method: __Stenographic and/or video__

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment A

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __07/17/2013__

*CLERK OF COURT*

OR

_____   _____
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* SIK GAEK, INC. _____, who issues or requests this subpoena, are:
Michael S. Kimm & Francesco A. Savoia, Kimm Law Firm, 333 Sylvan Avenue, Suite 106, Englewood Cliffs, NJ 07632

Subpoena to Marcus Stephen Harris, LLC
Attachment A

## INSTRUCTIONS AND DEFINITIONS

All instructions in the Eastern District Local Rules are adopted by reference.

If any document or information is not being produced by defendant, then the basis of non-production should be stated in defendant's responses.

If a privilege is claimed, describe the nature of the privilege and identify the document(s) or information which is being sought to be insulated by such privilege.

"Document" or "documents" includes all documents, without limitation, files, computer files, notes, memos, letters, accounting reports, memoranda, hand-written or in documentary form or in computer data or metadata form. Document also means audio or video recordings as they exist with or without transcription.

"Relating to" or "relate" means supporting or evidencing or relating to.

"Assignment(s)" refers to the two trademark assignments at issue in this litigation.

"Licensing agreement" refers to the one licensing agreement at issue in this litigation.

## DOCUMENTS REQUESTED

All documents relating to:

1. All trademark filing file relating to "Sik Gaek" or "sikgaek" trademark, as a single letter, two letters, logo, independent, or part of a mark.

2. All trademark filing file relating to any trademark filed by Daniel Kim and/or Yogi's II, Inc.

3. Any documents relating to licensing, assignment, or other transfer of any Sik Gaek" or other trademark by Daniel Kim and/or Yogi's II, Inc.

[end]