UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KIMM LAW FIRM
MICHAEL S. KIMM, ESQ. (MK4476)
THOMAS W. PARK, ESQ.
333 SYLVAN AVENUE, SUITE 106
ENGLEWOOD CLIFFS, NJ 07632
TEL: 201-569-2880
*Attorneys for plaintiff*

| | |
|---|---|
| SIK GAEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> YOGI'S II, INC., and DANIEL KIM, <br><br> Defendants. | 1:13-cv-06624 <br><br> **Plaintiff's Motion to Enforce Subpoena** |

SIR/MADAM:

PLEASE TAKE NOTICE that upon the annexed declaration of THOMAS W. PARK, ESQ., plaintiff Sik Gaek, Inc., moves before the Hon. James F. Holderman, on October 10, 2013, 9:00AM at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on submission, for an Order granting enforcement of the subpoena served upon third-party witness Marcus Stephen Harris, Esq., compelling Mr. Harris to produce documents and to attend his deposition promptly.

1

Dated: Englewood Cliffs, NJ
     October 7, 2013                    /s/ Thomas W. Park
                                                Thomas W. Park, Esq.

Certificate of Service

Thomas W. Park, Esq., certifies the foregoing was served as follows:

By mail

    Peter Y. Lee, Esq.
    Jim El Nabli, Esq.
    60 East 42nd Street, Suite 1101
    New York, NY 10165
    Attorneys for defendant Daniel Kim

By mail

    Marcus Stephen Harris, Esq.
    Marcus Stephen Harris, LLC
    10 S. La Salle Street, Suite 3500
    Chicago, IL 60603-1025

Dated: October 7, 2013          /s/ Thomas W. Park
                                                   Thomas W. Park