UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Sik Gaek, Inc.
                    Plaintiff,

v.                                                     Case No.: 1:13−cv−06624
                                                     Honorable James F. Holderman

Daniel Kim, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2013:

      MINUTE entry before Honorable James F. Holderman: Plaintiff's "Motion to Enforce Subpoena" [7] is taken under advisement. Plaintiff is to file its reply to Steve Ryu's objection [6] on or before 10/22/13, explaining why: (1) no other means exist to obtain the information sought other than to depose Mr. Harris; (2) the information sought is relevant and nonprivileged; and (3) the information is crucial to the preparation Plaintiff's case. See Miyano Mach. USA, Inc. v. MiyanoHitec Mach., Inc., 257 F.R.D. 456, 464 (N.D. Ill. 2008) (Nolan, M.J.) (quoting Shelton v. American Motors Corp., 805 F.2d 1323, 1327 (8th Cir. 1986)). Status hearing date of 10/17/13 is stricken and no appearances are required. Court will rule electronically. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.