# KIMM LAW FIRM

333 Sylvan Avenue, Suite 106  
Englewood Cliffs, New Jersey 07632  
Tel 201-569-2880  
Fax 201-569-2881

PLEASE RESPOND TO NJ

11 E. 44th Street, Suite 1400  
New York, New York 10017  
Writer's Email:

October 22, 2013

By ECF

Hon. James F. Holderman, U.S.D.J.  
United States District Court  
Northern District of Illinois  
219 South Dearborn Street  
Chicago, IL 60604

    Re: <u>Sik Gaek, Inc. v. Yogi's II, Inc., and Daniel Kim;13-CV-6624</u>

Dear Judge Holderman:

    We represent the plaintiff, Sik Gaek, Inc., in this trademark action and write this letter in response to ECF 9, ordering plaintiff "to file its reply to Steve Ryu's objection (ECF 6) on or before 10/22/13, explaining why: (1) no other means exist to obtain the information sought other than to depose Mr. Harris; (2) the information sought is relevant and nonprivileged; and (3) the information is crucial to the preparation Plaintiff's case."

    Please be advised that we have filed a motion to strike the Declaration of Steve Y. Ryu, returnable on October 24, 2013. ECF 10. The basis for our motion is predicated on the fact that Yogi's II, Inc., is a corporation and Steve Y. Ryu is an officer and shareholder of that corporation. "It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel." <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02; 113 S.Ct. 716, 721; 121 L.Ed.2d 656, 666 (1993). "We have held that corporations must appear by counsel or not at all." <u>Scandia Down Corp. v. Euroquilt, Inc.</u>, 772 F.2d 1423, 1427 (7th Cir. 1985). Therefore, based on the controlling case law, Yogi's II, Inc.'s pro se filing (ECF 6) should be stricken.

    In light of the foregoing, we respectfully request that Your Honor adjourn the date for plaintiff's reply to ECF 6, until after plaintiff's motion to strike is heard.

    Thank you for your consideration.

                                        Respectfully,

                                        <u>/s/ Thomas W. Park</u>  
                                        Thomas W. Park  
                                        Michael S. Kimm

cc:    Peter Y. Lee, Esq.  
       Marc Stephen Harris, Esq.  
       Steve Y. Ryu