UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KIMM LAW FIRM
MICHAEL S. KIMM, ESQ. (MK4476)
THOMAS W. PARK, ESQ.
333 SYLVAN AVENUE, SUITE 106
ENGLEWOOD CLIFFS, NJ 07632
TEL: 201-569-2880
*Attorneys for plaintiff*

| | |
|---|---|
| SIK GAEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> YOGI'S II, INC., and DANIEL KIM, <br><br> Defendants. | 1:13-cv-06624 <br><br> **Plaintiff's Motion to Hold Third-Party Witness Marcus Stephen Harris, Esq., in Contempt of Court, and an Award of Fees and Expenses** |

SIR/MADAM:

PLEASE TAKE NOTICE that upon the annexed declaration of THOMAS W. PARK, ESQ., plaintiff Sik Gaek, Inc., moves before the Hon. James F. Holderman, on November 5, 2013, 9:00AM at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on submission, for an Order holding third-party witness Marcus Stephen Harris, Esq., in contempt of court for failure to comply with the Order of October 22, 2013 and an award of fees and expenses incurred in connection

1

with the witness' failure to comply with the Order.

Dated:  Englewood Cliffs, NJ
     October 30, 2013 /s/ Thomas W. Park
Thomas W. Park, Esq.

Certificate of Service

Thomas W. Park, Esq., certifies the foregoing was served as follows:

    By mail

        Peter Y. Lee, Esq.
        Jim El Nabli, Esq.
        60 East 42nd Street, Suite 1101
        New York, NY 10165
        Attorneys for defendant Daniel Kim

    By mail

        Marcus Stephen Harris, Esq.
        Marcus Stephen Harris, LLC
        10 S. La Salle Street, Suite 3500
        Chicago, IL 60603-1025

Dated: October 21, 2013        /s/ Thomas W. Park
                                                  Thomas W. Park