# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Sik Gaek, Inc.
                       Plaintiff,

v.                                           Case No.: 1:13−cv−06624
                                                   Honorable James F. Holderman

Daniel Kim, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2013:

      MINUTE entry before Honorable James F. Holderman: Motion hearing held. No one appears on behalf of Plaintiff. Plaintiff's motion to hold third−party witness Marcus Stephen Harris in contempt of court [14] is taken under advisement. Marcus Harris' response to Plaintiff's motion shall be filed by 12/5/13. Counsel for Marcus Harris shall file an appearance by 11/5/13. Status hearing set for 12/17/13 at 9:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.