# KIMM LAW FIRM

333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
Tel 201-569-2880
Fax 201-569-2881

PLEASE RESPOND TO NJ

11 E. 44th Street, Suite 1400
New York, New York 10017
Writer's Email:

November 11, 2013

By ECF

Hon. James F. Holderman, U.S.D.J.
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

    Re: <u>Sik Gaek, Inc. v. Yogi's II, Inc., and Daniel Kim;</u> 13-CV-6624

Dear Judge Holderman:

    We represent plaintiff Sik Gaek, Inc., in the underlying matter pending in the Eastern District of New York as well as in the narrower subpoena-enforcement proceedings before this Court against an attorney having his presence in this district, Marc Harris.

    We are in receipt of a November 7, 2013 letter from Peter Y. Lee, ECF 19, one of the defendant's lawyers in the EDNY underlying action. It is our understanding that Mr. Lee is not admitted to appear in this district either generally or <u>pro hac vice</u>. The Court recently struck another paper submitted by one Steve Ryu, an officer of Yogi's II, Inc., as practicing law on behalf of a corporate entity without a license, ECF 13. Peter Y. Lee's letter, which attempts to argue a position in this matter, should likewise be stricken with a notation of practicing without authorization, and the Court should disregard the letter, its attachments, and the argument is purports to inject improperly.

    We are obliged to note that a real lawyer did contact us as the "lawyer for Mr. Harris" and his name is Martin E Jerisat, Esq. I received an email from him on October 31, 2013, in which he simply advised me he would be representing Mr. Harris "in this case," followed by the silence thus far.

    Thank you for your consideration.

Respectfully submitted,

Thomas W. Park

cc: Martin E Jerisat, Esq. (By ECF)
Gus Kostopoulos, Esq. (By ECF)
Peter Y. Lee, Esq. (By email)