## LIST OF EXHIBITS

A. Marcus Harris declaration
B. Original subpoena
C. Declaration of Thomas park
D. Marcus Harris Letter of 10-29
E. Email of 11-06
F. Declaration of Martin Jerisat
G. Declaration of Gus Kostopoulos
H. Letter of 11-06
I. Email of 11-12
J. Green card 11-6
K. Fax receipt 11-6
L. White card 11-6