# EXHIBIT B

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

SIK GAEK, INC.
*Plaintiff*
v.
YOGI'S II, INC. and DANIEL KIM
*Defendant*

Civil Action No. 10-CV-4077 (ARR)(VVP)

(If the action is pending in another district, state where: Eastern District of New York )

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Marcus Stephen Harris, Esq., Marcus Stephen Harris, LLC, 10 S. LaSalle Street, Suite 3500 Chicago, IL 60603-1025

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Your office | Date and Time: 07/29/2013 12:00 pm |
|---|---|

The deposition will be recorded by this method: Stenographic and/or video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment A

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/17/2013

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* SIK GAEK, INC. , who issues or requests this subpoena, are:

Michael S. Kimm & Francesco A. Savoia, Kimm Law Firm, 333 Sylvan Avenue, Suite 106, Englewood Cliffs, NJ 07632

Subpoena to Marcus Stephen Harris, LLC
Attachment A

**INSTRUCTIONS AND DEFINITIONS**

All instructions in the Eastern District Local Rules are adopted by reference.

If any document or information is not being produced by defendant, then the basis of non-production should be stated in defendant's responses.

If a privilege is claimed, describe the nature of the privilege and identify the document(s) or information which is being sought to be insulated by such privilege.

"Document" or "documents" includes all documents, without limitation, files, computer files, notes, memos, letters, accounting reports, memoranda, hand-written or in documentary form or in computer data or metadata form. Document also means audio or video recordings as they exist with or without transcription.

"Relating to" or "relate" means supporting or evidencing or relating to.

"Assignment(s)" refers to the two trademark assignments at issue in this litigation.

"Licensing agreement" refers to the one licensing agreement at issue in this litigation.

**DOCUMENTS REQUESTED**

All documents relating to:

1. All trademark filing file relating to "Sik Gaek" or "sikgaek" trademark, as a single letter, two letters, logo, independent, or part of a mark.

2. All trademark filing file relating to any trademark filed by Daniel Kim and/or Yogi's II, Inc.

3. Any documents relating to licensing, assignment, or other transfer of any Sik Gaek" or other trademark by Daniel Kim and/or Yogi's II, Inc.

[end]