# EXHIBIT D



MARCUS
STEPHEN
HARRIS llc
TECHNOLOGY LAW

October 29, 2013
mharris@mshtechlaw.com

**VIA FACSIMILE**

Thomas Park, Esq.
Kimm Law Firm
11 E. 44th Street, Suite 1400
New York, NY 10017

Re:  **Deposition of Marcus S. Harris**

Dear Mr. Park:

As preliminary matter, I attempted to email you this afternoon. However, the October 23 and October 28, 2013 letters you faxed to my office fail to include an email address in the section designated "sender's email address" on your letterhead. I then attempted to locate your email address on your law firm's website, but your firm does not appear to maintain an Internet presence.

Pursuant to our telephone conversation today at 12:40, I was out of the office last week on vacation when you faxed me your October 23 letter advising me of the Court's order scheduling my deposition for today at noon. I also did not receive your fax yesterday attempting to confirm the deposition until today.

In response to your phone call this afternoon I offered to meet you in my office this afternoon at 2pm to be deposed. I also offered to be deposed today via telephone. You explained to me that you needed to leave at 1pm to catch the EL to the airport to catch your flight and that you were not prepared to begin the deposition at 2pm today. I offered to drive you to the airport and you refused.

A simple phone call or email from you would have avoided the unnecessary time and expense we now must incur to reschedule my deposition. Regardless, I have every intention of complying with the court's order. I have organized documents that I believe are responsive to your document request in an electronic folder. Please provide me your email address so that I can provide you with a link to access that folder.

TECHNOLOGY LAW


MARCUS
STEPHEN
HARRIS

Thomas Park, Esq
October 29, 2013
Page 2

I can be available this week to be deposed either telephonically or by video. Please propose times that work with your schedule. Note that the best way to reach me is via telephone or via email. I can be reached at my office at 312-263-0570. I can also be reached via email at mharris@mshtechlaw.com.

Sincerely,

Marcus Harris