# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIK GAEK, INC.<br><br>      Plaintiff,<br><br>vs.<br><br>PARK, et al.,<br><br>      Defendants. | Case No. 1:13CV6624<br><br>Hon. James F. Holderman |

**DECLARATION OF MARTIN JERISAT**

I, Martin Jerisat, declare as follows:

1. I am an attorney licensed in Illinois and California and over the age of 18. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, I could competently testify to the facts.

2. On or about Friday November 1, 2013, I exchanged emails with Mr. Thomas Park regarding the above-identified case. I have also called Mr. Park and he called my office but we never spoke over the phone.

3. Mr. Park emailed me that he would call me on Monday November 4, 2013. I have not received any phone calls from Mr. Park on that day.

4. Neither Mr. Park nor any one in his firm contacted me regarding taking the deposition of Mr. Marcus Harris.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12.05.13

                                                                        /Martin Jerisat/