# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIK GAEK, INC. | Case No. 1:13CV6624 |
| Plaintiff, | Hon. James F. Holderman |
| vs. | |
| PARK, et al., | |
| Defendants. | |

## DECLARATION OF GUS KOSTOPOULOS UNDER 28 U.S. §1746

I, Gus Kostopoulos, declare as follows:

1. I am a resident of the State of Illinois and over the age of 18 years. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, I could competently testify to the facts.

2. My name is Gus Kostopoulos (aka Kostas Kostopoulos). I am an Illinois attorney representing Marcus Harris.

3. On November 6, 2013, I sent the letter (attached as Exhibit H) to the Kim Law Firm via U.S. regular mail, certified mail, email and facsimile.

4. On Friday, November 8, 2013, I called the Kim Law Firm to speak with Mr. Park. A receptionist told me that Mr. Park was unavailable to speak that day but would call back on Monday, November 11.

5. On November 12, 2013, I sent the email (attached as Exhibit I) to Thomas Park.

6. I have never received any communications back from Mr. Park or the Kim Law Firm. They have never met to confer with me nor scheduled Mr. Harris' deposition.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2013

_____
Gus Kostopoulos