# EXHIBIT I

| | |
|---|---|
| Subject | Sik Gaek, Inc. v. Yogi's II, Inc. et al: Subpoena to Marcus S. Harris; NDIL Case 1:13 CV 06624 |
| From | <gus@kostlaw.com> |
| To | <tpark@kimmlaw.com> |
| Cc | Martin Jerisat <mjerisat@jk-lawfirm.com>, Marcus Harris <mharris@mshtechlaw.com> |
| Date | 2013-11-12 19:32 |

- Letter-Harris,Marcus110613.pdf (78 KB)

Mr. Thomas Park, Esq.
Kimm Law Firm
11 E. 44th Street, Suite 1400
New York, NY 10017

Re:  Sik Gael, Inc. v. Yogi's II, Inc. et al: Subpoena to Marcus S. Harris;   NDIL Case 1:13 CV 06624

Dear Mr. Park:

As you are aware, I am one of the attorneys for Mr. Marcus Harris in the above captioned matter.

Mr. Harris continues to be available for deposition. He is available at any time this week or next week. Please send me an email, with courtesy copies to my co-counsel Martin Jerisat (mjerisat@jk-lawfirm.com) and to Mr. Harris (mharris@mshtechlaw.com), notifying us of when and where the deposition of Mr. Harris is to take place.  We would request a courtesy of 48 hours notice prior to the deposition.

In order to minimize expense and maximize your convenience, Mr. Harris is also happy to submit to a telephone deposition or a deposition via Skype.

Additionally, we wish to resolve this matter and close the case pending in the Northern District of Illinois. If it cannot be resolve entirely, we wish to narrow the scope of issues that Judge Holderman will be required to decide, and to minimize the litigation expenses for all parties. In order to do this, we will require a telephone conference. Please let me know when you are available for a telephone conference.

Please email me the time(s) that you are available tomorrow, Thursday and Friday for a phone conference. Please let me know what telephone number you would like me to contact you at.

Best regards,

/s/
Gus Kostopoulos
Attorney for Marcus Harris


-------- Original Message --------
Subject: Sik Gaek, Inc. v. Yogi's II, Inc. et al: Subpoena to Marcus S. Harris; NDIL Case 1:13 CV 06624
Date: 2013-11-06 16:48
From: gus@kostlaw.com
To: <tpark@kimmlaw.com>
Cc: <mjerisat@jk-lawfirm.com>, Mharris <mharris@mshtechlaw.com>

Mr. Thomas Park, Esq.
Kimm Law Firm
11 E. 44th Street, Suite 1400
New York, NY 10017

Re: Sik Gaek, Inc. v. Yogi's II, Inc. et al. Subpoena to Marcus Age Harris
NDIL Case 1:13 CV 06624

Tuesday, November 6, 2013 via email to tpark@kimmlaw.com, facsimille to (201) 569-2881, regular U.S. Mail, and Certified U.S. Mail, return receipt requested

Dear Mr. Park:

Please be advised that I represent Mr. Marcus Harris in the above captioned matter. As you are aware, Mr. Harris had no knowledge of either the October 23 court date or the October 29 deposition date. On October 23, the plaintiff unilaterally set an extremely short deposition date of October 29, 2013. On October 29, 2013, upon learning of the deposition, Mr. Harris immediately rushed to meet you in order to be deposed.

You refused to depose Mr. Harris on October 29, 2013, knowing that he was on the way to meet you and to submit to a deposition. That same day, Mr. Harris sent you a letter in which he informed you that he is available to be deposed. Said letter states "I have every intention of complying with the court's order. I have organized documents that I believe are responsive to your document request in an electronic folder. Please provide me your email address so that I can provide you with a link to access that folder. …. I can be available this week to be deposed either telephonically or by video. Please propose times that work with your schedule."

You refused to contact Mr. Harris to set up a deposition date. Since that date, you have refused to communicate with Mr. Harris. You have not sent him an email address to which he can send responsive documents. You have not rescheduled the deposition.

Just as Mr. Harris was available for the deposition on October 29, which you refused to take, he has been available for deposition for the past eight days.

You set this matter for a contempt status hearing yesterday morning. You failed to attend this hearing either personally, through local counsel, or telephonically. The court has continued this matter to a future status date in December.

Mr. Harris continues to be available for deposition, as he has been available for deposition since he found out about this matter for the first time on October 29, 2013. Unless you contact us to coordinate the deposition, there is nothing more that Mr. Harris can do to comply. Please contact me, via email at gus@kostlaw.com, at your earliest convenience to schedule his deposition. If you do not contact me to schedule his deposition, he will assume that you are refusing to take his deposition, just as you refused to take his deposition on October 29.

Please find my contact information below:

Gus Kostopoulos
Kostopoulos Law Firm, LLC
2625 Butterfield Rd. Suite 138-S
Oak Brook, IL 60523
gus@kostlaw.com
Ph   (630) 254-8187
Fax  (630) 756-4137

Please also include my co-counsel Martin Jerisat (mjerisat@jk-lawfirm.com ) on any emails. If you must serve something by mail, please only serve it on the above (Oak Brook, Illinois) address, since that is the location where I am present and receive mail.

Since this entire problem arises out of a miscommunication, I think it is important that we speak for a few minutes to better coordinate things. I would like to schedule a brief conference call to discuss this matter with you. I am available at any time on Friday November 8. If you are unavailable on Friday, please email me available times next week. Please email what time(s) you are available to speak.

Thank you to your attention to this matter. I look forward to an amicable resolution.

Best regards,

/s/

Gus Kostopoulos
Attorney for Marcus Harris