# EXHIBIT I

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Kimm Law Firm
    11 E. 44th Street, Suite 1400
    New York, NY 10017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): JAY KIM
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Postmark: CENTRAL STATION NOV 4 2013]

3. Service Type
   ☒ Certified Mail®
   ☐ Priority Mail Express™
   ☐ Registered
   ☐ Return Receipt for Merchandise
   ☐ Insured Mail
   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 3090 0002 0004 0417

PS Form 3811, July 2013    Domestic Return Receipt