# EXHIBIT K

```
11/06/2013 WED 17:28    FAX            Business Services                ☑001
```

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                    TRANSMISSION OK

        JOB NO.                 1314
        DEPT. ID                9726
        DESTINATION ADDRESS     912015692881
        PSWD/SUBADDRESS
        DESTINATION ID
        ST. TIME                11/06 17:27
        USAGE T                 00'37
        PGS.                    2
        RESULT                  OK
```

1900 East Golf Road
Suite 950
Schaumburg, Illinois 60173



2625 Butterfield Road
Suite 138 South
Oak Brook, Illinois 60523

## KOSTOPOULOS LAW GROUP, LLC

Telephone: (630) 254-8187  •  Facsimile: (630) 756-4134  •  Email: gus@kostlaw.com  •  Website: www.kostlaw.com

---

Mr. Thomas Park, Esq.
Kimm Law Firm
11 E. 44th Street, Suite 1400
New York, NY 10017

Re:  Sik Gaek, Inc. v. Yogi's II, Inc. et al: Subpoena to Marcus S. Harris
     NDIL Case 1:13 CV 06624

Tuesday, November 6, 2013 via email to tpark@kimmlaw.com, facsimile to (201) 569-2881, regular U.S. Mail, and Certified U.S. Mail, return receipt requested

Dear Mr. Park:

Please be advised that I represent Mr. Marcus Harris in the above captioned matter. As you are aware, Mr. Harris had no knowledge of either the October 23 court date or the October 29 deposition date. On October 23, the plaintiff unilaterally set an extremely short deposition date of October 29, 2013. On October 29, 2013, upon learning of the deposition, Mr. Harris immediately rushed to meet you in order to be deposed.

You refused to depose Mr. Harris on October 29, 2013, knowing that he was on the way to meet you and to submit to a deposition. That same day, Mr. Harris sent you a letter in which he informed you that he is available to be deposed. Said letter states *"I have every intention of complying with the court's order. I have organized documents that I believe are responsive to your document request in an electronic folder. Please provide me your email address so that I can provide you with a link to access that folder. .... I can be available this week to be deposed either telephonically or by video. Please propose times that work with your schedule."*

You refused to contact Mr. Harris to set up a deposition date. Since that date, you have refused to communicate with Mr. Harris. You have not sent him an email address to which he can send responsive documents. You have not rescheduled the deposition.