**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Sik Gaek, Inc.
                    Plaintiff,

v.                                    Case No.: 1:13−cv−06624
                                    Honorable James F. Holderman

Daniel Kim, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 13, 2013:

    MINUTE entry before the Honorable James F. Holderman: At the request of the court, in response to plaintiff's counsel's request to appear by phone at the upcoming 12/17/13 status hearing set for 9:00 a.m., court staff has informed plaintiff's counsel that his in−person attendance at the 12/17/13 status hearing is required. The court will consider counsel's absence from the 12/17/13 status hearing to be a waiver of the right to appear and prosecute the pending contempt motion [14]. Counsel are encouraged to make every effort to resolve this dispute. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.