# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Sik Gaek, Inc.

                        Plaintiff,

v.                                                 Case No.: 1:13−cv−06624
                                                       Honorable James F. Holderman

Daniel Kim, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2013:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held. Motion hearing held. The deposition of Respondent Harris is ordered to be taken and completed by 12/17/13. As ordered in open court, all pending motions ([14] and [23]) are moot. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.